JULY 26, 1956

**No. 60139.**—SUIT 4846.—Albert F. Maurer Co. *v.* United States.—

—Abstract 58777 affirmed April 3, 1956.    C. A. D. 613.